

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00674-CR

Ronald **GUILLORY**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 687328
Honorable Brenda Chapman, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 26, 2024.

_____
Irene Rios, Justice